FUKUNAGA MATAYOSHI
CHING & KON-HERRERA, LLP
Wesley H. H. Ching (#2896)
Sheree Kon-Herrera (#6927)
841 Bishop Street, Suite 1200
Honolulu, Hawaii 96813
Telephone: (808) 533-4300
whc@fmhc-law.com
skh@fmhc-law.com

FOX ROTHSCHILD LLP
Jeffrey J. Bouslog (*pro hac vice*)
Patrick M. Fenlon (*pro hac vice*)
33 South 6th Street, Suite 3600
Minneapolis, Minnesota 55402
Telephone: (612) 607-7000
jbouslog@foxrothschild.com
pfenlon@foxrothschild.com

Joseph E. Collins (*pro hac vice*)
321 N. Clark Street, Suite 1600
Chicago, Illinois 60654
Telephone: (312) 517-9200
jcollins@foxrothschild.com

*Attorneys for Plaintiff*
*Argonaut Insurance Company*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ARGONAUT INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ST. FRANCIS MEDICAL CENTER,<br><br>　　　　　Defendant. | CV 22-00030-LEK-WRP<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Judge: Leslie E. Kobayashi<br>Magistrate Judge: Wes Reber Porter |

Plaintiff Argonaut Insurance Company and Defendant St. Francis Medical Center, by and through their respective counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and Local Rule 41.1, hereby stipulate to the dismissal of this lawsuit in its entirety, with prejudice, with each party to bear its own costs, expenses, and attorneys' fees.

This Stipulation has been signed by counsel for all parties in this action.

Dated: November 8, 2024
Honolulu, Hawaii

FUKUNAGA MATAYOSHI CHING
& KON-HERRERA, LLP

*/s/ Wesley H. H. Ching*
Wesley H. H. Ching (#2896)
Sheree Kon-Herrera (#6927)
841 Bishop Street, Suite 1200
Honolulu, HI  96813
Telephone: (808) 533-4300
whc@fmhc-law.com
skh@fmhc-law.com

FOX ROTHSCHILD LLP
Jeffrey J. Bouslog (*pro hac vice*)
Patrick M. Fenlon (*pro hac vice*)
33 South 6th Street, Suite 3600
Minneapolis, MN 55402
Telephone: (612) 607-7000
jbouslog@foxrothschild.com
pfenlon@foxrothschild.com

                                                      Joseph E. Collins (*pro hac vice*)
                                                      321 N. Clark Street, Suite 1600
                                                      Chicago, IL 60654
                                                      Telephone: (312) 517-9200
                                                      jcollins@foxrothschild.com

                                                      *Attorneys for Plaintiff Argonaut Insurance Company*

Dated: November 8, 2024                MCCORRISTON MILLER MUKAI
        Honolulu, Hawaii                     MACKINNON LLP

                                                     */s/ David J. Minkin*
                                                     David J. Minkin (#3639)
                                                     Brett R. Tobin (#9490)
                                                     Jordon K. Inafuku (#10392)
                                                     Five Waterfront Plaza, 4th Floor
                                                     500 Ala Moana Boulevard
                                                     Honolulu, Hawaii 96813
                                                     Telephone: (808) 529-7300
                                                     minkin@m4law.com
                                                     tobin@m4law.com
                                                     jinafuku@m4law.com

                                                     *Attorneys for Defendant St. Francis Medical Center*

APPROVED AS TO FORM:



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
Senior U.S. District Judge

3